IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEAH TINGLER, | : | 1:18-cv-1270 |
| | : | 1:19-cv-1552 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| Defendants. | : | |

## ORDER

### January 14, 2021

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendants' Motions to Dismiss are **GRANTED**.

2. These matters are **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(b).

3. The Clerk of Court is directed to **CLOSE** these cases.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania